**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
 (State)

Case number (*If known*): _____   Chapter _7_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Identify the Debtor

2. **Debtor's name**

   Atlantic Beverage Co., Inc. (a Delaware corporation)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   3775 Park Avenue
   Number    Street

   Suite 12

   Edison                NJ    08820
   City                 State  ZIP Code

   Middlesex
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City          State  ZIP Code

Debtor <u>Atlantic Beverage Co. Inc.</u>  Case Number *(if known)* _____

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ❑ Partnership (excluding LLP) <br> ❑ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* <br><br> ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ❑ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ❑ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No <br> ❑ Yes. Debtor _____ Relationship _____ <br>    District _____ Date filed _____ Case number, if known _____ <br>       MM / DD / YYYY <br><br>    Debtor _____ Relationship _____ <br>    District _____ Date filed _____ Case number, if known _____ <br>       MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* <br><br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br><br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked*: <br><br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br><br> ❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No <br> ❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor <u>Atlantic Beverage Co. Inc.</u>  Case Number *(if known)* _____

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Domino Foods, Inc. | Goods sold | $126,783.60 |
| | Ventura Foods, LLC | Goods sold | $119,382.40 |
| | Mars Food US, LLC | Goods sold | $298,952.95 |
| | Nestle USA | Goods sold | $ 94,481.34 |
| | **Total** | | **$639,600.29** |

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

   **Domino Foods, Inc.**
Name

   **1100 Key Highway East**
Number   Street

   **Baltimore**           **MD**        **21230**
City                        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

   Jack Giovinco
Name

   1100 Key Highway East
Number   Street

   Baltimore              MD            21230
City                      State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2025
              MM / DD / YYYY

✗ */s/ Jack Giovinco*
Signature of petitioner or representative, including representative's title

**Attorneys**

   **Bradford J. Sandler**
Printed name

   **Pachulski Stang Ziehl & Jones LLP**
Firm name, if any

   **919 North Market Street, 17th Floor**
Number   Street

   **Wilmington**           **DE**        **19801**
City                        State        ZIP Code

Contact phone **(302) 652-4100**  Email **bsandler@pszjlaw.com**

Bar number   **DE 4142**

State        **Delaware**

✗  */s/ Bradford J. Sandler*
Signature of attorney

Date signed   04/09/2025
              MM / DD / YYYY

Debtor **Atlantic Beverage Co. Inc.**   Case Number *(if known)* _____

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

**Ventura Foods, LLC**
Name

**40 Pointe Drive**
Number    Street

**Brea**            **CA**           **92821**
City                State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Rebecca J. Walsh
Name

40 Pointe Dr.
Number    Street

**Brea**            **CA**           **92821**
City                State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/07/2025
              MM / DD / YYYY

✗ *Rebecca J. Walsh* (signature)   Executive Vice President, Chief Legal and Compliance Officer
Signature of petitioner or representative, including representative's title

---

**Bradford J. Sandler**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name, if any

**919 North Market Street, 17th Floor**
Number    Street

**Wilmington**          **DE**         **19801**
City                    State          ZIP Code

Contact phone **(302) 652-4100**   Email **bsandler@pszjlaw.com**

Bar number   **DE 4142**

State        **Delaware**

✗ */s/ Bradford J. Sandler*
Signature of attorney

Date signed   04/09/2025
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

**Mars Food US, LLC**
Name

**1131 W. Blackhawk Street**
Number    Street

**Chicago**          **IL**         **60642**
City                 State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name

**Bradford J. Sandler**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name, if any

**919 North Market Street, 17th Floor**
Number    Street

**Wilmington**          **DE**         **19801**
City                    State          ZIP Code

Contact phone **(302) 652-4100**   Email **bsandler@pszjlaw.com**

Bar number   **DE 4142**

State        **Delaware**

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

Debtor **Atlantic Beverage Co. Inc.**      Case Number *(if known)* _____

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Name: **Ventura Foods, LLC**
Number Street: **40 Pointe Drive**
City: **Brea**   State: **CA**   ZIP Code: **92821**

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

## Attorneys

Printed name: **Bradford J. Sandler**
Firm name, if any: **Pachulski Stang Ziehl & Jones LLP**
Number Street: **919 North Market Street, 17th Floor**
City: **Wilmington**   State: **DE**   ZIP Code: **19801**

Contact phone **(302) 652-4100**   Email **bsandler@pszjlaw.com**
Bar number **DE 4142**
State **Delaware**

✗ _____
Signature of attorney

Date signed ___ MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: **Mars Food US, LLC**
Number Street: **1131 W. Blackhawk Street**
City: **Chicago**   State: **IL**   ZIP Code: **60642**

**Name and mailing address of petitioner's representative, if any**

Name: *Sean Spitz*
Number Street: *700 High Street*
City: *Hackettstown*   State: *NJ*   ZIP Code: *07840*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/03/2025**

✗ */s/ Sean Spitz*
Signature of petitioner or representative, including representative's title

Printed name: **Bradford J. Sandler**
Firm name, if any: **Pachulski Stang Ziehl & Jones LLP**
Number Street: **919 North Market Street, 17th Floor**
City: **Wilmington**   State: **DE**   ZIP Code: **19801**

Contact phone **(302) 652-4100**   Email **bsandler@pszjlaw.com**
Bar number **DE 4142**
State **Delaware**

✗ */s/ Bradford J. Sandler*
Signature of attorney

Date signed **04/09/2025**

Debtor Atlantic Beverage Co. Inc.                                           Case Number *(if known)* _____

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner**<br><br>__Nestle USA__<br>Name<br><br>__30500 Bainbridge Road__<br>Number    Street<br><br>__Solon__         __OH__       __44139__<br>City            State       ZIP Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>__Nancy Reynoso C/O Nestle USA, Inc__<br>Name<br><br>__30500 Bainbridge Road__<br>Number    Street<br><br>__Solon__         __OH__       __44139__<br>City            State       ZIP Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on __04/03/2025__<br>          MM / DD / YYYY<br><br>✗ */s/ Nancy Reynoso*, Authorized Representative<br>Signature of petitioner or representative, including representative's title | __Bradford J. Sandler__<br>Printed name<br><br>__Pachulski Stang Ziehl & Jones LLP__<br>Firm name, if any<br><br>__919 North Market Street, 17th Floor__<br>Number    Street<br><br>__Wilmington__        __DE__     __19801__<br>City                   State    ZIP Code<br><br>Contact phone __(302) 652-4100__  Email __bsandler@pszjlaw.com__<br><br>Bar number    __DE 4142__<br><br>State         __Delaware__<br><br><br>✗ */s/ Bradford J. Sandler*<br>Signature of attorney<br><br>Date signed __04/09/2025__<br>           MM / DD / YYYY |
| **Name and mailing address of petitioner**<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____  _____  _____<br>City       State   ZIP Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____  _____  _____<br>City       State   ZIP Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on _____<br>          MM / DD / YYYY<br><br>✗ _____<br>Signature of petitioner or representative, including representative's title | _____<br>Printed name<br><br>_____<br>Firm name, if any<br><br>_____<br>Number    Street<br><br>_____  _____  _____<br>City       State   ZIP Code<br><br>Contact phone _____  Email _____<br><br>Bar number _____<br><br>State      _____<br><br>✗ _____<br>Signature of attorney<br><br>Date signed _____<br>           MM / DD / YYYY |