B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
# District Of Delaware

In re Atlantic Beverage Co., Inc. (a Delaware corporation) ) Case No. 25-10684
)
        Debtor* )
) Chapter 7
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on April 9, 2025, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:
    824 N. Market Street, 3rd Floor
    Wilmington, DE 19801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:

    Bradford J. Sandler, Esq.
    Pachulski Stang Ziehl & Jones LLP
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

    _Una O'Boyle_
    (Clerk of the Bankruptcy Court)

Date: 4/10/2025      By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

4912-4331-6265.1 68700.001